UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHTAR QASSIMYAR, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI); STACEY MOY; DOES 1 THROUGH 500,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:24-cv-02109-RBM-DDL<br><br>**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS**<br><br>[Doc. 8] |

　　　Presently before the Court is the United States Court of Appeals for the Ninth Circuit Referral Notice. (Doc. 8.) The Ninth Circuit Court of Appeals has referred the matter to this Court to determine whether Plaintiff-Appellant Akhtar Qassimyar ("Plaintiff") should be allowed to proceed *in forma pauperis* ("IFP") on appeal, or whether the appeal is frivolous or taken in bad faith. (*Id.* at 1.)

　　　On November 27, 2024, this Court granted Plaintiff leave to proceed IFP but dismissed his Complaint (Doc. 1) under 28 U.S.C. § 1915(a) as frivolous and for failure to

state a claim without leave to amend. (Doc. 3.) Plaintiff appealed the Court's dismissal order to the Ninth Circuit Court of Appeals. (Doc. 5.) Because Plaintiff lacks any good-faith basis for his appeal of the dismissal order, he cannot maintain his IFP status, and it is therefore **REVOKED**.

Federal Rule of Appellate Procedure 24(a)(3) provides that:

> [a] party who was permitted to proceed in forma pauperis in the district-court action, . . . may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or (B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3); *see* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith"). An appeal is taken in "good faith" where it seeks review of any issue that is "non-frivolous." *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002); *Ellis v. United States*, 356 U.S. 674 (1958) ("In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous."). A complaint is frivolous if it has "no arguable basis in fact or law." *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990). Parties must present at least one non-frivolous issue or claim to justify that critical "good faith" finding. *See id*.

Based on its ruling dismissing the Complaint for failing to state a claim, the Court concludes that the appeal lacks any arguable basis in law or fact and is frivolous. The appeal is therefore not taken in "good faith." Courts "often revoke IFP status when a plaintiff's claim faces an obstacle that simply cannot be overcome." *Allen v. Diaz*, No. 20-CV-1389 JLS (MDD), 2023 WL 6593834, at *3 (S.D. Cal. Sept. 5, 2023). As this Court previously explained, the Complaint is replete with fanciful ideations that are fantastical, delusional, irrational, and incredible concerning individuals and entities attempting to assassinate Plaintiff and torturing him by depriving him of sleep through radar and remote

devices. (*See* Doc. 3 at 6–8.) "No matter how sincerely believed by Plaintiff, these allegations are simply too fantastic to warrant the expenditure of further judicial and private resources." *Meyer v. World Bank*, No. 3:19-cv-00017-GPC (JLB), 2019 WL 2009873, at *3 (S.D. Cal. May 7, 2019) (citation omitted); *see also Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 337 (1948) (Courts have the "power to protect the public from having to pay heavy costs incident to the inclusion of 'wholly unnecessary' matters in an in forma pauperis appeal.").

Accordingly, it is **HEREBY ORDERED** that: (1) Plaintiff's in forma pauperis status is **REVOKED** for purposes of the appeal; and (2) the Clerk of Court is **DIRECTED** to notify the Ninth Circuit Court of Appeals that the Court certifies that Plaintiff's appeal is not taken in good faith.

**IT IS SO ORDERED**.

DATE: January 7, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE